FILED
AUG - 1 2008
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| GAYLORD SMITH,<br><br>    Petitioner,<br><br>    v.<br><br>DEBRA DEXTER, Warden,<br><br>    Respondent. | Case No. EDCV 08-3940-VAP (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: July 31, 2008

Virginia A. Phillips
Senior United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
AUG - 4 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY